FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

SEP 19 2006

Stephan Harris, Clerk
Cheyenne

Carl L. Lathrop
J. Kent Rutledge
Corinne E. Rutledge
Lathrop & Rutledge, P.C.
1920 Thomes Ave., Suite 500
P.O. Box 4068
Cheyenne, WY 82003-4068
307-632-055400
307-635-4502 (facsimile)

*Counsel for Petitioners*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ANADARKO PETROLEUM CORPORATION )<br><br>Petitioner, )<br>v. )<br><br>UNITED STATES ENVIRONMENTAL )<br>PROTECTION AGENCY, and ROBERT ROBERTS, )<br>in his official capacity as REGIONAL )<br>ADMINISTRATOR, REGION 8, UNITED STATES )<br>ENVIRONMENTAL PROTECTION AGENCY, )<br><br>Respondents. ) | **06CV 235** ℓ<br><br>Case No. _____ |

### PETITION FOR REVIEW

Pursuant to Rule 83.7.2 of the Local Civil Rules for the United States District Court for the

District of Wyoming, Federal Rule of Appellate Procedure 15, and 5 U.S.C. §§ 701-706, Petitioner

Anadarko Petroleum Corporation ("Petitioner") hereby respectfully petitions this Court for review

1

of the failure of the Environmental Protection Agency ("EPA") to disapprove certain amended water quality standards promulgated by the Montana Board of Environmental Review ("MBER"), which were submitted to EPA Region 8 for approval on June 9, 2006. See Attachment A.

1.     On May 18, 2006, MBER published a "Notice of Amendment (Water Quality)" in the Montana Administrative Record, 10 MAR 1247 (2006) ("Amendment"), reflecting MBER's decision to amend Montana's water quality standards as set forth in Administrative Rules of Montana 17.30.670.

2     Under the Clean Water Act and EPA's regulations, EPA was required either to approve MBER's Amendment within 60 days of receipt (which EPA did not do) or to disapprove it within 90 days of receipt. 33 U.S.C. § 1313(c)(2); 40 C.F.R. § 131.21(a)(1),(2).   EPA did not disapprove the Amendment within this 90-day period, which expired on September 8, 2006.

3.     EPA's failure to disapprove MBER's Amendment is a final agency action.

4.     The Court has jurisdiction over this Petition for Review pursuant to 28 U.S.C. § 1331 and Rule 83.7.2 of the Local Civil Rules for the United States District Court for the District of Wyoming.

5.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391(e) in that Respondent EPA is an agency of the United States, Respondent Robert Roberts is an officer or employee of the United States who is being sued in his official capacity as the EPA Regional Administrator of Region 8, and a substantial part of the events or omissions giving rise to the claim occurred in the State of Wyoming.

6.       This petition is timely filed with the Court within six years of the date upon which

EPA was required to disapprove MBER's Amendment, as required by 28 U.S.C. § 2401(a).

Petitioner is an interested party because it conducts operations that may be affected by Montana's

Amendment as a result of the State of Wyoming's issuance of permits for discharges from

Petitioner's operations to interstate rivers in Wyoming.

WHEREFORE, Petitioner demands judgment against Respondents as follows:

A.  This Court should order Respondents to disapprove the 2006 MBER Amendment

    accordance with 40 C.F.R. § 131.21(a)(2); and

B.  This Court should award Petitioner such other relief as the Court may deem

    appropriate.

DATED this ___19th___ day of September, 2006.

:

                                        Respectfully submitted,

                                        Carl L. Lathrop
                                        J. Kent Rutledge
                                        Corinne E. Rutledge
                                        Lathrop & Rutledge, P.C.
                                        1920 Thomes Ave., Suite 500
                                        P.O. Box 4068
                                        Cheyenne, WY 82003-4068
                                        307-632-055400
                                        307-635-4502 (facsimile)

James J. Dragna
Bingham McCutchen LLP
355 South Grand Avenue
Los Angeles, CA 90071-3106
213/680-6400
213/680-6499
jim.dragna@bingham.com

Michael B. Wigmore
Bingham McCutchen LLP
2020 K Street, N.W.
Washington, D.C.  20006
(202) 373-6000
(202) 373-6001(facsimile)
michael.wigmore@bingham.com

Robert V. Zener
Bingham McCutchen LLP
2020 K Street, N.W.
Washington, D.C.  20006
(202) 373-6000
(202) 373-6001(facsimile)
robert.zener@bingham.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing was served on the undersigned by mailing the same via U.S. mail, postage prepaid, this __19__ day September, 2006:

**Via Certified Mail:**

Hon. Alberto Gonzales
Attorney General
U.S. Dept. of Justice
950 Pennsylvania Ave., NW
Washington, DC  20530-0001

Matthew Mead, Esq.
U.S. Attorney's Office
2120 Capitol Ave., Suite 4000
P.O. Box 668
Cheyenne, WY  82001

Mr. Robert Roberts
Regional Administrator
U.S. E. P.A., Region 8
999 18th St., Suite 200
Denver, CO  80202-2466

Mr. Stephen L. Johnson, Administrator
Office of the Administrator
U.S. E.P.A.
1200 Pennsylvania Ave., NW
Washington, DC  20460

4

Roger Martella
Office of the General Counsel
U.S.E.P.A.
1200 Pennsylvania Ave., NW (2310A)
Washington, DC  20460

**Courtesy Copies via U.S. Mail**

Brent R. Kunz
Hathaway & Kunz, P.C.
2515 Warren Ave., Suite 500
P.O. Box 1208
Cheyenne, WY 82003-1208

John C. Martin
Duane A. Siler
Susan M. Mathiascheck
Patton Boggs LLP
2550 M St., N.W.
Washington, D.C.  20037

Alan D. Greenberg
Department of Justice
Environmental & Natural Resources Div.
1961 Stout St., 8th Floor
Denver, CO 80294

Nicholas Vassallo
U.S. Attorney's Office
P.O. Box 668
Cheyenne, WY 82003-0668

Patrick J. Crank
Jay Jerde
Vicki Colgan
Wyoming Attorney General's Office
123 Capital Bldg.
Cheyenne, WY 82001

Gay Woodhouse
Woodhouse Law Offices
211 W. 19th St.
Cheyenne, WY 82001

Mike McGrath
Sarah A. Bond
Montana Attorney General's Office
P.O. Box 201401
Helena, MT 59620-1401

Claudia Massman
Montan Dept. of Environmental Quality
P.O. Box 200901
Helena, MT 59620-0901

Keith Burron
Associated Legal Group
1807 Capitol Ave., Suite 205
Cheyenne, WY 82001

Thomas E. Black, Jr.
Williams Production RMT Co.
Legal Dept.
1515 Arapahoe St., Tower 3 Suite 1000
Denver, CO 80202

5

Timothy C. Kingston
Graves, Miller & Kingston
408 W. 23rd St., Suite 1
Cheyenne, WY 82001

Brenda Lindlief Hall
Reynolds, Motl & Sherwood
401 N. Last Chance Gulch
Helena, MT 59601

Jennifer A. Golden
Andrea L. Richard
The Richard Law Firm
P.O. Box 1245
Jackson, WY 83001

Kate M. Fox
Davis & Cannon
422 W. 26th St.
P.O. Box 43
Cheyenne, WY 82003

Brent R. Kunz
Hathaway & Kunz, P.C.
P.O. Box 1208
Cheyenne, WY 82003

6

# ATTACHMENT A

To: EPR
Action

**Montana Department of**
**ENVIRONMENTAL QUALITY**

Brian Schweitzer, Governor

P.O. Box 200901   •   Helena, MT 59620-0901   •   (406) 444-2544   •   www.deq.mt.gov

June 5, 2006

Mr. Robert E. Roberts
Administrator
U.S. Environmental Protection Agency
Region 8
999 18th Street - Suite 300
Denver, Colorado 80202-2466

Re: Montana's Amendment of Nondegradation Requirements

Dear Mr. Roberts:

The State of Montana is submitting revisions to its nondegradation requirements for review and approval by the U.S. Environmental Protection Agency (EPA), pursuant to § 303(c) of the federal Clean Water Act. On March 23, 2006, Montana's Board of Environmental Review (BER) adopted amendments to Montana's nondegradation requirements addressing electrical conductivity (EC) and sodium adsorption ratio (SAR) for the Tongue River, Powder River, and Little Powder River watersheds. The amendment of ARM 17.30.670(6) classifies EC and SAR as "harmful" parameters for purposes of determining significant changes in high quality waters. Under the amendment, any new or increased discharge of EC or SAR will be deemed significant if the ambient quality is 40% or above the applicable water quality standard.

The amended nondegradation requirements are being submitted to EPA according to the requirements of 40 CFR 131.6 and 131.20. Accordingly, I have enclosed a copy of the notice of proposed adoption and amendment, notice of extension of the comment period, notice of final amendment, and corrected notice of amendment, as they appear in Montana's Administrative Register, and a letter certifying that the amendment was adopted in accordance with State law.

If you have any questions or need additional information, please contact me at (406) 444-6815 or Claudia Massman at (406) 444-4222.

Sincerely,

for   Richard H. Oppel
Director

Encl.
cc:   Bob Bukantis, Montana Department of Environmental Quality
      Bill Wuerthele, U.S. Environmental Protection Agency

RECEIVED
JUN 09 2006
USEPA RA'S OFFICE
R8-06-008-7548-EPR-EP